## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No.:   8:21-cr-291-RAL-JSS

**VICTOR BERMUDEZ-RUIZ**

_____/

### NOTICE OF FILING

**COMES NOW**, the Defendant, **VICTOR BERMUDEZ-RUIZ** and hereby gives notice that *Exhibit O is on a DVD* and it will be hand delivered to the Clerk of Court and the U.S. Attorney's Office in support of the Motion to Dismiss: Challenge to the Constitutionality of 8 U.S.C. § 1326.

DATED this 14th day of September 2021.

A. FITZGERALD HALL, ESQ
FEDERAL DEFENDER

/s *Samuel E. Landes*
Samuel E. Landes, Esq,
D.C. Bar No. 1552625
400 North Tampa Street, Ste. 2700
Tampa, Florida 33602
Email:  Samuel_Landes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of September 2021, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

Erin Favorit, AUSA

/s/ *Samuel Landes*
Samuel Landes, Esq.
Assistant Federal Defender