UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO. 5:21-cr-64-JA-PRL

VICTOR BERMUDEZ-RUIZ

### ORDER

This case is before the Court on Defendant Victor Bermudez-Ruiz's Motion to Dismiss (Doc. 30). The assigned United States Magistrate Judge has submitted a Report (Doc. 74) recommending Bermudez-Ruiz's Motion be denied. Because Bermudez-Ruiz admitted that an evidentiary hearing would not be needed if the Court allowed him to supplement his Motion to Dismiss with additional exhibits, the Report also recommends that the Court grant Bermudez-Ruiz's Motion to Supplement (Doc. 63). Bermudez-Ruiz filed an Objection (Doc. 75) to the Report, and the Government filed a Response (Doc. 80) to that Objection.

After reviewing the record in this matter, including Bermudez-Ruiz's Objection and the Government's Response, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 74) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Supplement (Doc. 63) is **GRANTED**.

3. The Motion to Dismiss (Doc. 30) is **DENIED**.

**DONE** and **ORDERED** on March 17, 2022.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant